UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
SEBASTIAN ZAPETA, *on behalf of himself, FLSA* :
*Collective Plaintiffs, and the Class*, :
:
Plaintiff, :
:
-v- :
: 24 Civ. 6395 (JPC)
:
IZZYS BBQ INC., :
   d/b/a IZZY'S BROOKLYN SMOKEHOUSE, : <u>ORDER</u>
IZZY'S BBQ MANHATTAN LLC, :
   d/b/a IZZY'S SMOKEHOUSE, :
ISRAEL EIDELMAN, :
   a/k/a SRULI "IZZY" EIDELMAN, :
:
Defendants. :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On August 28, 2024, Plaintiff served Defendant Izzys BBQ Inc. and Defendant Izzy's BBQ Manhattan LLC (collectively, "Izzy's BBQ Defendants") with copies of the Summons and Complaint. Dkts. 10, 11. Izzy's BBQ Defendants' deadline to respond to the Complaint was therefore September 18, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Izzy's BBQ Defendants. Accordingly, the Court extends *sua sponte* Izzy's BBQ Defendants' deadline to respond to the Complaint until September 25, 2024. If Izzy's BBQ Defendants once again fail to respond to the Complaint by their deadline to do so, Plaintiff shall seek a Certificate of Default by October 2, 2024.

      SO ORDERED.

Dated: September 19, 2024
      New York, New York
                                                      JOHN P. CRONAN
                                                  United States District Judge