UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
 :
SEBASTIAN ZAPETA, *on behalf of himself, FLSA* :
*Collective Plaintiffs, and the Class*, :
 :
                              Plaintiff, :
 :
            -v- :
 : 24 Civ. 6395 (JPC)
IZZYS BBQ INC., :
   d/b/a IZZY'S BROOKLYN SMOKEHOUSE, : ORDER
IZZY'S BBQ MANHATTAN LLC, :
   d/b/a IZZY'S SMOKEHOUSE, :
ISRAEL EIDELMAN, :
   a/k/a SRULI "IZZY" EIDELMAN, :
 :
                          Defendants. :
 :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On August 28, 2024, Plaintiff served Defendant Israel Eidelman with copies of the Summons and Complaint. Dkt. 12. Defendant's deadline to respond to the Complaint was therefore September 25, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until October 2, 2024. If Defendant once again fails to respond to the Complaint by his deadline to do so, Plaintiff shall seek a Certificate of Default by October 9, 2024.

    SO ORDERED.

Dated: September 26, 2024
       New York, New York
                                                            JOHN P. CRONAN
                                                            United States District Judge