UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
SEBASTIAN ZAPETA, *on behalf of himself, FLSA* :
*Collective Plaintiffs, and the Class*, :
:
Plaintiff, :
:
-v- :
: 24 Civ. 6395 (JPC)
:
IZZYS BBQ INC., :
   d/b/a IZZY'S BROOKLYN SMOKEHOUSE, : ORDER
IZZY'S BBQ MANHATTAN LLC, :
   d/b/a IZZY'S SMOKEHOUSE, :
ISRAEL EIDELMAN, :
   a/k/a SRULI "IZZY" EIDELMAN, :
:
Defendants. :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On October 25, 2024, the Court directed counsel for Defendants to file a notice of appearance on the docket by November 1, 2024. Dkt. 26. That date has passed, and the docket does not reflect any appearance on behalf of Defendants. The Court *sua sponte* extends the deadline for Defendants' counsel to file a notice of appearance to November 11, 2024. Plaintiff is ordered to serve Defendants via overnight courier with a copy of this Order by November 7, 2024. Within two business days of service, Plaintiff must file proof of such service on the docket.

      SO ORDERED.

Dated: November 5, 2024
      New York, New York

                                                       JOHN P. CRONAN
                                                     United States District Judge