```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
SEBASTIAN ZAPETA, on behalf of himself, FLSA                            :
Collective Plaintiffs, and the Class,                                   :
                                                                        :
                                Plaintiff,                              :
                                                                        :
        -v-                                                             :
                                                                        :    24 Civ. 6395 (JPC)
IZZYS BBQ INC.,                                                         :
    d/b/a IZZY'S BROOKLYN SMOKEHOUSE,                                   :    ORDER
IZZY'S BBQ MANHATTAN LLC,                                               :
    d/b/a IZZY'S SMOKEHOUSE,                                            :
ISRAEL EIDELMAN,                                                        :
    a/k/a SRULI "IZZY" EIDELMAN,                                        :
                                                                        :
                                Defendants.                             :
                                                                        :
------------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 25, 2024, the Court directed counsel for Defendants to file a notice of appearance on the docket by November 1, 2024. Dkt. 26. After no appearance was entered by that date, the Court *sua sponte* extended the deadline to November 11, 2024, and directed Plaintiff to serve Defendants with a copy of the Order. Dkt. 27. Once again, that date has passed, and the docket does not reflect any appearance on behalf of Defendants' counsel. The Court *sua sponte* extends the deadline for Defendants' counsel to file a notice of appearance to November 27, 2024. Given the repeated disregard for the Court's orders, if counsel for Defendants fails to file a notice of appearance by that date, the Court will resume the default judgment schedule. By November 20, 2024, Plaintiff is ordered to serve a copy of this Order on the representative of Defendants with

whom Plaintiff has been communicating. Within two business days of service, Plaintiff must file proof of such service on the docket.

    SO ORDERED.

Dated: November 18, 2024
       New York, New York

                                            JOHN P. CRONAN
                                     United States District Judge