UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEBASTIAN ZAPETA, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

IZZYS BBQ INC.
    d/b/a IZZY'S BROOKLYN SMOKEHOUSE,
IZZY'S BBQ MANHATTAN LLC
    d/b/a IZZY'S SMOKEHOUSE,
ISRAEL EIDELMAN,
    a/k/a SRULI "IZZY" EIDELMAN,

                Defendants.

Case No.: 1:24-cv-06395

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff SEBASTIAN ZAPETA hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated November 27, 2024, and annexed hereto as **Exhibit A**.

Dated: December 2, 2024

                                          Respectfully submitted,

                      By:

                                          C.K. Lee, Esq. (CL 4086)
                                          LEE LITIGATION GROUP, PLLC
                                          148 West 24th Street, 8th Floor
                                          New York, NY 10011
                                          Tel.: (212) 465-1188
                                          Fax: (212) 465-1181
                                          *Attorney for Plaintiff, FLSA Collective Plaintiffs and the Class*

CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2024, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via mail, upon Defendants of record in this matter:

IZZY'S BBQ MANHATTAN LLC
d/b/a IZZY'S SMOKEHOUSE
Israel Eidelman
Owner
397 Troy Avenue
Brooklyn, NY 11213

By: _____
C.K. Lee, Esq.