UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEBASTIAN ZAPETA, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

IZZYS BBQ INC.
    d/b/a IZZY'S BROOKLYN SMOKEHOUSE,
IZZY'S BBQ MANHATTAN LLC
    d/b/a IZZY'S SMOKEHOUSE,
ISRAEL EIDELMAN,
    a/k/a SRULI "IZZY" EIDELMAN,

                Defendants.

Case No.: 1:24-cv-06395

**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant IZZY'S BBQ MANHATTAN LLC d/b/a IZZY'S SMOKEHOUSE, on behalf of itself and Defendants IZZYS BBQ INC. d/b/a IZZY'S BROOKLYN SMOKEHOUSE, and ISRAEL EIDELMAN (collectively, "Defendants") hereby offers to allow judgment to be taken against IZZY'S BBQ MANHATTAN LLC, and in favor of SEBASTIAN ZAPETA ("Plaintiff"), in the sum of Ten Thousand Dollars and No Cents ($10,000.00) ("Judgment Amount"), inclusive of all of Plaintiffs' claims for relief, damages, attorney's fees, costs, and expenses alleged in the above-captioned action, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated November 27, 2024 and filed as Exhibit A to Docket Number 31;

**WHEREAS**, on December 2, 2024, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 31);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff SEBASTIAN ZAPETA, in the sum of $10,000.00, in accordance with the terms and

conditions of Defendants' Rule 68 Offer of Judgment dated November 27, 2024 and filed as Exhibit A to Docket Number 31. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: December 2, 2024
New York, New York

JOHN P. CRONAN, United States District Judge